IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. BERTOLINA,<br><br>          Plaintiff,<br><br>     v.<br><br>WACHOVIA MORTAGE FSB; EXECUTIVE TRUSTEE SERVICES, LLC; and DOES 1 to 10,<br><br>          Defendants.<br>                                          / | No. C 10-05250 CW<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS |

   On January 11, 2011, Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, filed an amended motion to dismiss Plaintiff's claims.  Docket No. 11.  The hearing on the motion was set for March 3, 2011.  Plaintiff's opposition was due on February 10, 2011.  Plaintiff, who is represented by counsel, thus far has failed to respond.  Plaintiff shall file his opposition by February 25, 2011.  Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.  Docket No. 16.  If Plaintiff submits an opposition by February 25, 2011, Defendant shall reply by March 4, 2011.  The Court VACATES the March 3, 2011 motion hearing and case management

1  conference.  The Court will set a new hearing date and case
2  management conference if necessary.
3       IT IS SO ORDERED.

6  Dated: 2/18/2011

   _____
   CLAUDIA WILKEN
   United States District Judge

2