IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD R. BERTOLINA,

      Plaintiff,

  v.

WACHOVIA MORTGAGE, FSB, et al.,

      Defendants.

_____/

No. C 10-5250 CW

ORDER DISMISSING
COMPLAINT FOR
FAILURE TO
PROSECUTE

On August 9, 2011, the Court granted Defendants' motion to dismiss and granted Plaintiff leave to amend his federal claim for unfair debt collection practices, within fourteen days from the date of the Order.  The Court explained that, if Plaintiff did not file an amended complaint within this time period, his action would be dismissed for failure to prosecute.

Fourteen days have passed and Plaintiff has not filed an amended complaint.  Therefore, this action is dismissed for failure to prosecute.  Defendant Wachovia Mortgage's motion to dismiss is denied as moot.

IT IS SO ORDERED.

Dated: 8/26/2011

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California