IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. BERTOLINA,<br><br>        Plaintiff,<br><br>   v.<br><br>WACHOVIA MORTGAGE, FSB, et al.,<br><br>        Defendants.<br>_____/ | No. C 10-5250 CW<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

On August 9, 2011, the Court granted Defendants' motion to dismiss and granted Plaintiff leave to amend his federal claim for unfair debt collection practices, within fourteen days from the date of the Order.  The Court explained that, if Plaintiff did not file an amended complaint within this time period, his action would be dismissed for failure to prosecute.

Fourteen days have passed and Plaintiff has not filed an amended complaint.  Therefore, this action is dismissed for failure to prosecute.  Defendant Wachovia Mortgage's motion to dismiss is denied as moot.

IT IS SO ORDERED.


Dated: 8/26/2011                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge